DONE and SIGNED this _1_ day of _September_, 2010

STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

FILED
SEP 1 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: WILLIE B. FERGERSON                    Bankruptcy Case Number:   10-11708

SS#:    xxx-xx-5607

ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on *JUNE 25, 2010*. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:    The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments**:
   Total Payment(s): $_ as of __.
   Amount of each Monthly Plan Payment: *$540.00* per month for *1 MONTH*, then
   Amount of each Monthly Plan Payment: *$720.00* for the remaining *59* month(s).
   Monthly Plan Payments shall be due on the *14TH* day of each month, beginning *JULY, 2010*.
   Term of Plan Payments shall be: *60* months.
   Moratorium granted for :
   Special / Additional Provisions: : Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property, real property, Debtor's home, or any Debtor's oil, gas, mineral interest.

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to**:
   *Lucy G. Sikes,*           X     Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered
   *Chapter 13 Trustee*              to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing
   *Post Office Box 2218*            Trustee and mail same on or before each due date reflected above, until further Order of this Court.
   *Memphis, TN 38101-2218*          No Payroll Deduction is ordered.

3) **Attorney Fees**:
   The Debtor(s) attorney is awarded a fee in the amount of *$2,800.00*, of which *$2,800.00* is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   Any Compensation or reimbursement of advanced expenses for Debtor's counsel set forth herein that is contrary to the WDLA Bankruptcy Judges Standing Uniform Order of March 5, 2010 is DENIED and NOT APPROVED by this order.

   ☐ Attorney Fees capped at $_, per Court authority.

4) **Other Provisions**:
   ☐  Debtor(s) shall file both Federal and State Income Tax Returns timely.
   ☐  Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.

                                              ###

COPY SENT
Date: 9/1/2010
By:
To:

10-11708 - #18  File 09/01/10  Enter 09/01/10 16:45:17  Main Document  Pg 1 of 1